People of State of Illinois, Appellant, v. Wilbur
Williams, Appellee.

Gen. No. 44,582.

opinion filed March 1,
1949; released for publication May 12, 1949. William J. Tuohy, State's
Attorney, for appellant; John T. Gallagher, and Melvin S. Rembe, As-
sistant State's Attorneys, of counsel; Paul E. Thurlow, for appellee.
Opinion by PRESIDING JUSTICE SULLIVAN. **Not to be published in full.**